IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-50104
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

FELIPE ALBERTO MARTINEZ-ALMEIDA,

                                        Defendant-Appellant.

--------------------

Appeal from the United States District Court
for the Western District of Texas
USDC No. EP-00-CR-1289-ALL-DB
--------------------
July 23, 2001

Before EMILIO M. GARZA, STEWART and PARKER, Circuit Judges.

PER CURIAM:[*]

     Louis Elias Lopez, the attorney appointed to represent Felipe Alberto Martinez-Almeida (Martinez), has requested leave to withdraw as counsel and has filed a brief as required by <u>Anders v. California</u>, 386 U.S. 738 (1967).  Martinez did not file a response to counsel's motion to withdraw.  Our independent review of the brief and the record discloses no nonfrivolous issue.  Accordingly, the motion for leave to withdraw is GRANTED,

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

counsel is excused from further responsibilities herein, and the

APPEAL IS DISMISSED.  5th Cir. R. 42.2